IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHLEE LAWRENCE,

    Plaintiff,                                No. C 09-80268 JSW

  v.                                       **ORDER REQUIRING STATUS REPORT**

UNITED STATES OF AMERICA,

    Defendant.
                                     /

This matter is set for hearing on November 6, 2009 on Plaintiff's Motion for a Return of Property. Plaintiff has not filed a reply, and Defendant's opposition to the motion states that a petition for remission or mitigation is under review.

Accordingly, the parties are HEREBY ORDERED to file a joint status report to the Court advising the Court whether they have been able to resolve the issues raised in Plaintiff's motion. The parties joint status report shall be due to the Court by no later than 12:00 p.m. on November 4, 2009.

**IT IS SO ORDERED.**

Dated: October 30, 2009

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE