1  DAVID M. MICHAEL (CSBN 74031)
   EDWARD M. BURCH (CSBN 255470)
2  Law Offices of David M. Michael
      101 California Street, Suite 2450
3     San Francisco, CA 94111
      Telephone: 415.946.8996
4     Facsimile: 877.538.6220
      Email: emikeb11@aol.com
5
   Attorneys for Plaintiff
6

7  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
8  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
9  NATALIE K. WIGHT (ORSBN 35576)
   Special Assistant United States Attorney
10
      450 Golden Gate Avenue, 11th Floor
11    San Francisco, CA 94102
      Telephone: 415.436.6937
12    Facsimile: 415.436.7234
      Email: natalie.wight@usdoj.gov
13
   Attorneys for Defendant
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18  ASHLEE LAWRENCE,                   )
                                       )  No. CV-09-80268-MISC-JSW
19         Plaintiff,                  )
                                       )  JOINT STATUS REPORT
20    v.                               )  AND [PROPOSED] ORDER TO
                                       )  RESCHEDULE HEARING
21  UNITED STATES OF AMERICA,          )
                                       )
22         Defendant.                  )
                                       )

23

24     By this joint status report, the United States of America and Counsel for the Plaintiff

25  submit to the Court that the Plaintiff's Petition for Remission is under review by the United

26  States Drug Enforcement Agency (DEA). The Government has received notice from Counsel for

27  the DEA that a ruling on the petition will be issued by November 30, 2009. Accordingly, both

28  parties request that the Court vacate the hearing scheduled for Friday November 6, 2009, and

JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESET HEARING
(CR 09-80268-MISC-JSW)

1  reschedule the hearing for Friday, December 18, 2009, or as soon thereafter as the matter may be
2  heard by the Court.
3
4  STIPULATED AND RESPECTFULLY SUBMITTED BY:
5
6  DATED: 11/3/2009          ____/s Edward M. Burch_____
7                            EDWARD M. BURCH, Attorney for Ashlee Lawrence
8
9  DATED: 11/3/2009          ____/s Natalie Wight_____
10                           NATALIE WIGHT, Special Asst. United States Attorney
11
12
13                           [PROPOSED] ORDER
14
15      Pursuant to the Stipulation between the parties and for good cause shown, the hearing
16  scheduled for Friday November 6, 2009, is hereby vacated; and the hearing on the motion will be
17  rescheduled for December 18, 2009 at 9:00 a.m. If, in the interim, the motion becomes
18  moot or the parties resolve the matter they shall file a request to the Court to dismiss this proceeding.
19  IT IS SO ORDERED.
20
21  Dated: November 4, 2009          _____
22                                   JEFFREY S. WHITE
                                     United States District Judge
23
24
25
26
27
28

JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESET HEARING
(CR 09-80268-MISC-JSW)              2