1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ASHLEE LAWRENCE,                          No. C 09-80268 JSW

10          Plaintiff,                        **ORDER GRANTING MOTION TO**
                                              **EXTEND TIME TO FILE REPLY,**
11      v.                                    **GRANTING DEFENDANT LEAVE**
                                              **TO FILE A SUR-REPLY, AND**
12   UNITED STATES OF AMERICA,                **CONTINUING HEARING DATE**

13          Defendant.

14   _____/

15          This matter initially was set for hearing on November 6, 2009 on Plaintiff's Motion for a

16   Return of Property.  Plaintiff did not filed a reply brief on October 23, 2009, which is the date a

17   reply would have been due under the Civil Local Rules.  Because Plaintiff had not filed a reply,

18   and because Defendant's opposition to the motion stated that a petition for remission or

19   mitigation was under review, on October 30, 2009, the Court ordered the parties to submit a

20   joint status report advising the Court whether they were been able to resolve the issues raised in

21   Plaintiff's motion.

22          In their Joint Status Report, the parties stated that they expected a decision on the

23   petition for remission or mitigation by November 30, 2009, and they requested that the Court

24   continue the hearing to December 18, 2009.  Plaintiff did not make a request for additional time

25   to file a reply brief or reserve the right to seek leave to file a reply brief in that status report.

26          On December 11, 2009, the parties submitted a further Joint Status Report, attaching the

27   decision on Plaintiff's petition for remission or mitigation, which was denied.  The parties

28   requested that the matter remain on calendar on December 18, 2009.  Again, Plaintiff did not

1   make a request for additional time to file a reply brief or reserve the right to seek leave to file a

2   reply brief in that status report.

3          On December 15, 2009, Plaintiff filed a motion to extend time to file a reply brief and

4   filed her proposed reply.  The reply brief responds directly to arguments raised in the

5   Defendant's opposition brief and could have been filed on October 23, 2009, at the time

6   Plaintiff's reply originally was due.  The Court has considered the Declaration in Support of the

7   Motion, setting forth the reasons why Plaintiff now seeks leave to file a reply brief, and does not

8   find that they demonstrate good cause for the request.  However, given the due process interests

9   involved in this matter, the Court shall grant Plaintiff's motion.  Plaintiff's reply brief is deemed

10  filed.

11         In fairness to Defendant, who stated that it would oppose the motion, the Court shall

12  grant it leave to file a sur-reply and shall continue the hearing on the motion.  Defendant's sur-

13  reply shall be due on January 8, 2010.  The hearing on the motion is HEREBY CONTINUED to

14  January 29, 2010 at 9:00 a.m.  If the Court finds the matter suitable for disposition without oral

15  argument, it shall notify the parties in advance of that hearing date.

16         **IT IS SO ORDERED.**

17

18  Dated: December 16, 2009                    _____

19                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28